**Fill in this information to identify the case:**

Debtor 1     Victoria Jean Wilcox

Debtor 2

United States Bankruptcy Court for the: Southern District of Ohio

Case number :    18-33063

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A | **Court claim no.** (if known): | 7 |
| **Last 4 digits** of any number you use to identify the debtor's account: | 8955 | **Date of payment change:** Must be at least 21 days after date of this notice | 03/01/2020 |
| | | **New total payment:** Principal, interest, and escrow, if any | $1,637.95 |

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment: $94.77**     **New escrow payment: $257.85**

### Part : 2 Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:                      New interest rate:
   Current Principal and interest payment:     New principal and interest payment:

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:
   Current mortgage payment:                   New mortgage payment:

---

Official Form 410S1                         Notice of Mortgage Payment Change                         page 1

Debtor 1  Victoria Jean Wilcox　　　　　　　　　　　　　　　　　　　　Case number (if known)　　18-33063
　　　　　First Name　　Middle Name　　Last Name

## Part 4:  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Christopher Giacinto　　　　　　　　　　　　　　　　　　Date  01/31/2020
Signature

Print:　　　　Christopher Giacinto　　　　　　　　　Title  Authorized Agent for Creditor

Company　　Padgett Law Group

Address　　　6267 Old Water Oak Road, Suite 203

　　　　　　　Tallahassee FL, 32312

Contact phone　(850) 422-2520　　　　　Email　　bkcrm@padgettlawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __31st__ day of January, 2020.

/S/ Christopher Giacinto

_____
CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 18-33063)

Debtor
Victoria Jean Wilcox
PO Box 2224
Richmond, IN 47375

Attorney
John Frederick Kennel
Kennel Zeigler LLC
1340 Woodman Drive
Dayton, OH 45432

Trustee
John G. Jansing
Chapter 13 Trustee
131 North Ludlow St
Suite 900
Dayton, OH 45402

US Trustee
Asst US Trustee (Day)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

**CARRINGTON**
MORTGAGE SERVICES, LLC
NMLS ID #2600

CARRINGTON MORTGAGE SERVICES, LLC
P.O. Box 5001
Westfield, IN 46074

(800) 561-4567  FAX: (949) 517-5220

```
VICTORIA J WILCOX                                    YOUR LOAN NUMBER :
PO BOX 2224
RICHMOND         IN 47375                            DATE: 12/16/19
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE
ACTUAL ESCROW ACTIVITY BEGINNING NOVEMBER,2018 AND ENDING OCTOBER, 2019.  IF YOUR LOAN
WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS
BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY
AND REQUIRES NO ACTION ON YOUR PART.

#### --- YOUR PAYMENT BREAKDOWN AS OF NOVEMBER,2018 IS ---

```
            PRIN & INTEREST                1,380.10
            ESCROW PAYMENT                    94.77
            TOTAL                          1,474.87
```

```
         -- PAYMENTS TO ESCROW --     -- PAYMENTS FROM ESCROW --                     -- ESCROW BALANCE --
MONTH    PRIOR PROJECTED  ACTUAL  PRIOR PROJECTED  DESCRIPTION   ACTUAL  DESCRIPTION  PRIOR PROJECTED    ACTUAL
                                               STARTING BALANCE    = = = >            189.54           1421.55-
NOV           94.77 *               94.77        HAZARD INS       94.77  HOMEOWNERS   189.54  TLP      1516.32-
DEC           94.77 *               94.77        HAZARD INS       94.77  HOMEOWNERS   189.54           1611.09-
JAN           94.77 *               94.77        HAZARD INS       94.77  HOMEOWNERS   189.54           1705.86-
FEB           94.77 *               94.77        HAZARD INS       94.77  HOMEOWNERS   189.54           1800.63-
MAR           94.77 *               94.77        HAZARD INS       94.77  HOMEOWNERS   189.54           1895.40-
APR           94.77 *               94.77        HAZARD INS       94.77  HOMEOWNERS   189.54           1990.17-
MAY           94.77 *               94.77        HAZARD INS       94.77  HOMEOWNERS   189.54           2084.94-
JUN           94.77 *               94.77        HAZARD INS       94.77  HOMEOWNERS   189.54           2179.71-
JUL           94.77 *               94.77        HAZARD INS       94.77  HOMEOWNERS   189.54           2274.48-
AUG           94.77 *               94.77 *      HAZARD INS      120.42  HOMEOWNERS   189.54           2394.90-
SEP           94.77 *               94.77 *      HAZARD INS      120.42  HOMEOWNERS   189.54           3933.64-
                               0                                 137.69  COUNTY TAX
                               0                                1280.63  COUNTY TAX
OCT           94.77 *               94.77 *      HAZARD INS      120.42  HOMEOWNERS   189.54           4054.06- ALP
TOT         1137.24        0.00   1137.24                       2632.51
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED
NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY
SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE
(TLP) WAS $189.54.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $4,054.06-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN
DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK  (*) INDICATES A DIFFERENCE IN EITHER THE
AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION
TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

          PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR
ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY.  IT ALSO SHOWS YOU THE PROJECTED ESCROW
ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING MARCH,2020 AND ENDING FEBRUARY,2021.

-------------------- **PROJECTED PAYMENTS FROM ESCROW - MARCH,2020 THROUGH FEBRUARY,2021** --------------
```
            HOMEOWNERS INSU               1,445.04

            TOTAL                         1,445.04
            PERIODIC PAYMENT TO ESCROW      120.42    (1/12 OF "TOTAL FROM ESCROW")
```

------------------ **PROJECTED ESCROW ACTIVITY -  MARCH,2020 THROUGH FEBRUARY,2021** --------------------
```
          ---- PROJECTED PAYMENTS --                        -- ESCROW BALANCE COMPARISON --
MONTH     TO ESCROW     FROM ESCROW     DESCRIPTION          PROJECTED          REQUIRED
                        ACTUAL STARTING BALANCE   = = = >    1,408.33-          240.84
MAR,20     120.42         120.42        HOMEOWNERS INSU      1,408.33- ALP      240.84 RLP
APR,20     120.42         120.42        HOMEOWNERS INSU      1,408.33-          240.84
MAY,20     120.42         120.42        HOMEOWNERS INSU      1,408.33-          240.84
JUN,20     120.42         120.42        HOMEOWNERS INSU      1,408.33-          240.84
JUL,20     120.42         120.42        HOMEOWNERS INSU      1,408.33-          240.84
AUG,20     120.42         120.42        HOMEOWNERS INSU      1,408.33-          240.84
SEP,20     120.42         120.42        HOMEOWNERS INSU      1,408.33-          240.84
OCT,20     120.42         120.42        HOMEOWNERS INSU      1,408.33-          240.84
NOV,20     120.42         120.42        HOMEOWNERS INSU      1,408.33-          240.84
DEC,20     120.42         120.42        HOMEOWNERS INSU      1,408.33-          240.84
JAN,21     120.42         120.42        HOMEOWNERS INSU      1,408.33-          240.84
FEB,21     120.42         120.42        HOMEOWNERS INSU      1,408.33-          240.84
```

**** CONTINUED ON NEXT PAGE ****

```
------------------------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------------------------------

IF THE PROJECTED LOW POINT BALANCE (ALP) IS
LESS THAN THE REQUIRED LOW POINT BALANCE (RLP),
THEN YOU HAVE AN ESCROW SHORTAGE....                    YOUR ESCROW SHORTAGE IS....       1,649.17- *

* THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM March 17, 2020.

IF YOU CHOOSE TO PAY THE ESCROW SHORTAGE IN FULL IN A LUMP SUM PRIOR TO THE EFFECTIVE PAYMENT DATE, YOUR MONTHLY
PAYMENT WILL BE REDUCED BY THE MONTHLY SHORTAGE PAYMENT AMOUNT.

AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $1,611.09.


---------------------------------- CALCULATIONS OF YOUR NEW PAYMENT AMOUNT -----------------------------------
                        PRIN & INTEREST          1,380.10 *
                        ESCROW PAYMENT             120.42
                        SHORTAGE PYMT              137.43
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE   03/17/20    ==>         1,637.95

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :      YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
            HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
            WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
            ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
            DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $189.54.
            YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
            CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
            REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
            TO BE YOUR CUSHION AMOUNT.
            YOUR ESCROW CUSHION FOR THIS CYCLE IS $240.84.

     YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
     THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
```

**Escrow payments up to escrow analysis effective date:**
04/18     $1,516.32*

**Escrow disbursements up to escrow analysis effective date:**
01/20     $120.42     HOMEOWNERS INSURANC
02/20     $120.42     HOMEOWNERS INSURANC

**IMPORTANT BANKRUPTCY NOTICE**

If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan.  If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.  As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**MINI MIRANDA**

This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION**

If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers CMS' compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.